# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

ROBERT PARKS,      *

      Plaintiff,     *        CIVIL ACTION NO.: 5:17-cv-47

    v.     *

STATE OF GEORGIA, et al.,     *

      Defendants.     *

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 23, to which Plaintiff filed Objections. Dkt. No. 24. Plaintiff's Objections are not responsive to the Magistrate Judge's Report and Recommendation and are **OVERRULED**. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order, **DISMISSES as moot** Plaintiff's Motions for Protective Order, dkt. nos. 11, 17, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _____30_____ day of ___January___, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)